UNITED STATES *v.* ALKA BOTTLE CAPPING MACHINE CO.

**No. 6064.**—Invoice dated Linkoping, Sweden, September 12, 1938.
　　　　Certified September 13, 1938.
　　　　Entered at New York, N. Y., September 27, 1938.
　　　　Entry No. 735059.

### Third Division, Appellate Term

(Order dated October 30, 1944)

*Paul P. Rao*, Assistant Attorney General, for the appellant.
*Baer & Marks* for the appellee.

Before CLINE, KEEFE, and EKWALL, Judges

#### ORDER

CLINE, Judge: Paul P. Rao, Assistant Attorney General and counsel for appellant herein, having moved to dismiss the above-entitled application for review, and counsel for appellee having consented to such motion, it is hereby—

ORDERED that said application for review be and the same hereby is dismissed.